JPML-ASCM IA

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities and Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/22 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-I, AND CERT. OF SERVICE -- Deft. David J. Ragan -- SUGGESTED TRANSFEREE DISTRICT: S.D. TEXAS; SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/04/30 | 2 | REQUEST FOR EXTENSION OF TIME -- ContiCommodity Services, Inc. and Continental Grain Co. -- GRANTED to & including May 20, 1985 -- Notified PASL (w/copy of ltr./request) (emh) |
| 85/05/02 | | APPEARANCES: RICHARD A. GRAHAM, ESQ. for John DeBlois, et al.; J. PALMER HUTCHESON, ESQ. for David J. Ragan, Joe Ragan, Houston Arbitrage, Inc.; DAVID T. PRITIKIN, ESQ. for Conticommodity Services, Inc., Continental Grain Company; JOHN C. OTTENBERG, ESQ. for Robert F. Lilly (rh) |
| 85/05/06 | 3 | REQUEST FOR EXTENSION OF TIME -- pltf. Stuart Wechsler -- GRANTED to & including May 20, 1985 -- Notified PASL (rh) |
| 85/05/06 | | APPEARANCE: MARK K. GLASSER, ESQ. for John Domercq, Jr. (rh) |
| 85/05/06 | 4 | RESPONSE -- pltf. John Domercq, Jr., et al. -- w/cert. of svc. (rh) |
| 85/05/07 | 5 | REQUEST FOR EXTENSION OF TIME -- pltf. John Deblois -- GRANTED to & including May 20, 1985 -- Notified involved counsel (rh) |
| 85/05/14 | 6 | RESPONSE -- Plft. Robert F. Lilly -- w/cert. of svc. (rh) |
| 85/05/14 | 7 | REPLY -- Deft. David J. Ragan -- w/cert. of svc. (rh) |
| 85/05/16 | 8 | LETTER -- Tramsmitting stipulation re: Wecher action (dated 5/14/85)-- ContiCommodity Services, Inc. and Continental Grain Company -- w/cert. of svc. (rh) |
| 85/05/20 | 9 | RESPONSE -- ContiCommidity Services, Inc. and Continental Grain Company -- w/cert. of svc. (rh) |
| 85/05/20 | 10 | RESPONSE -- pltf. Jon Deblois, et al. -- w/cert. of svc. (rh) |
| 85/05/29 | 11 | REPLY -- Deft, David H, Ragan -- w/cert. o scv.) (rh) |
| 85/06/10 | | HEARING ORDER: Setting motion to transfer for Panel hearing in Boston, Mass. on July 11, 1982 (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 85/07/02 | 12 | SUPPLEMENTAL RESPONSE -- ContiCommodity Services, Inc. and Continental Graine Co. -- w/Exhibits 1-6 and cert. of service (cds) |
| 85/07/08 | 13 | INTERESTED PARTY RESPONSE (ContiCommodity Services, Inc. v. Sheldon Neider, et al., N.D. Illinois, C.A. No. 85-C-05381) -- Defts. Sheldon Neider and SMN Securites Corp. -- w/cert. of service and Exhibit (cds) |
| 85/07/08 | 14 | INTERESTED PARTY RESPONSE (ContiCommodity Services, Inc. v. I.C. Hemmings, et al., N.D. Illinois, C.A. No. 85-C-4314) -- Defts. I.C. Hemmings, C.P. Brown, H & B Investment Services, Ltd., B & H Investment Services, Ltd., and Paul Harris -- w/cert. of service and Exhibit (cds) |
| 85/07/10 | | HEARING APPEARANCES: J. PALMER HUTCHESON, ESQ. for David J. Ragan, Houston Arbitrage, Inc. and Joe O. Ragan, RICHARD A. GRAHAM, ESQ. for John DeBlois, et al., DAVID T. PRITIKIN, ESQ. for ContiCommodity Services, Inc. and Continental Grain Co., MARK K. GLASSER, ESQ. for John Domercq, Jr., et al., JOHN C. OTTENBERG, ESQ. for Robert F. Lilly, CARLA POWERS DYKES, ESQ. for I.C. Hemmings, et al. and GRAHAM K. BLAIR, ESQ. for Sheldon Neider, et al. (rh) |
| 85/07/10 | | WAIVER OF ORAL ARGUMENTS: Stuart Wechsler (rh) |
| 85/07/10 | 15 | SUPPLEMENTAL RESPONSE -- plaintiffs John Domercq, Jr., et al. -- w/cert. of service (cds) |
| 85/07/10 | 16 | SECOND SUPPLEMENTAL SUBMISSION -- Conticommodity Services, Inc. and Continental Grain Co. -- w/Exhibits and Certificate of Service (cds) |
| 85/07/30 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable William T. Hart for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 85/07/30 | | TRANSFER ORDER -- transferring A-1, A-3, A-5, A-8, A-9 and A-10 to the Northern District of Illinois for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients -- Also DENYING A-2 and A-4 for transfer under Section 1407 -- Notified involved clerks and judges. (ds) |

644     In re ContiCommodity Services, Inc., Securities Litigation

| Date | No. | Entry |
|---|---|---|
| 85/09/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-11 Manuel J.J. Goldaracena, et al. v. ContiCommodity Services, Inc., S.D.N.Y., #85-CIV-2968; B-12 Delia Castex Ocampo, et al. v. ContiCommodity Services, Inc., S.D.N.Y., #85-CIV-5478; B-13 Daniel Horacio Merlo, et al. v. ContiCommodity Services, Inc., S.D.N.Y., #85-5479; B-14 Julio F. Zorraquin, et al. v. ContiCommodity Services, Inc., S.D.N.Y., #85-CIV-5480; B-15 Norman B. Coates, et al. v. ContiCommodity Services, Inc., S.D.N.Y., #85-CIV-5481 -- NOTIFIED INVOLVED JUDGES AND COUN COUNSEL (cds). |
| 85/09/27 | 17 | MOTION, BRIEF, cert. of svc. -- ContiCommodity Services, Inc. -- for transfer of (C-16) Craig v. ContiCommodity Services, Inc., N.D. Tex., C.A. No. CA4-85-314E to the N.D. Illinois. (ds) |
| 85/10/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-11 Goldaracena, et al.; B-12 Ocampo, et al.; B-13 Merlo, et al.; B-14 Zorraquin, et al. and B-15 Coates, et al.  -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 85/10/18 | | HEARING ORDER -- MOTION of DEFENDANT ContiCommodity Services, Inc., for transfer of C-16 Larry Craig, et al. v. ContiCommodity Services, Inc. for hearing on 11/21/85 in Portland Oregon. (paa) |
| 85/11/07 | | ORDER DENYING MOTION FOR TRANSFER AND VACATING HEARING ORDER -- C-16 Larry Craig, et al. v. ContiCommodity Inc.  NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL & RECIPIENTS. (paa) |
| ~~85/11/20~~ | | ~~WAIVERS OF ORAL ARGUMENT -- ALL PARTIES WAIVED (cds)~~ |
| 85/12/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-17 Aziz Dawood v. Continental Grain Co., et al., S.D. Texas, C.A. No. H-85-6113 -- Notified involved counsel and judges (rh) |
| 85/12/23 | 18 | NOTICE OF OPPOSITION -- filed by pltf. Aziz Dawood -- C-17 Aziz Dawood v. Continental Grain Co., et al., S.D. Texas, C.A. No. H-85-6113 -- Notified involved counsel and judges (rh) |
| 86/01/07 | 19 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (C-17) -- pltf. Aziz Dawood -- w/cert. of service (cds) w/request for for permission to file late -- grated (cds) |

JPML FORM 1A                                                                P. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/22 | 20 | RESPONSE TO (pldg. #19) Conticommodity Services, Inc., and Continental Grain Company w/exhibits A-11 and certificate of service. (paa) |
| 86/02/20 |  | HEARING ORDER -- Setting opposition to transfer of C-17 Dawood v. Continental Grain Co., et al. for Panel Hearing in San Francisco, Calif. on March 27, 1986 (rh) |
| 86/03/21 | 21 | MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL ORDER -- C-17 Aziz Dawood v. Continental Grain Co., et al., C.A. No. H-85-6113 (S.D. Texas) -- w/cert. of svc. (paa) *Sheldon Neider & SCM Corp.* |
| 86/03/26 |  | APPEARANCES FOR HEARING -- San Francisco, California on March 27, 1986 George R. Neely for AZIZ Dawood; J. Clinton Williams III for Aziz Dawood. |
| 86/03/26 |  | WAIVERS FOR ORAL ARGUMENT ON MARCH 27, 1986 -- San Francisco, California Constantine L. Trela for ContiCommodity Services, Inc., and Continental Grain Company; ~~Ertnrl, Hteddmen &~~ Werbel, Grossman & McMillin for Goldaracena v. ContiCommodity et al.,; J. Eugene Clements for G. J. Duesterbert et al.,; Richard A. Graham, Esq. for John DeBlois et al.,; Michael J. O'Rourke for Sheldon Neider et al., |
| 86/03/28 | 22 | LETTER -- CONTICOMMODITY SERVICES, INC. AND CONTINENTAL GRAIN COMPANY -- Regarding pldg. #21 -- w/cert. of svc. (paa) |
| 86/04/02 | 23 | SUPPLEMENTAL MEMO -- Conticommodity and Continental Grain Co., recent development regarding C-17 Aziz Dawood with certificate of service (tmq) |
| ~~4/03~~ | ~~24~~ | ~~REQUEST -- to file and letter explaining reason for lateness -- (re pldg# 21) Sheldon Neider and SCM Corp. w/cert of svc (tmq)~~ |
| 86/04/03 | 24 | REQUEST -- to file and letter explaining reason for lateness - (re pldg# 21) Sheldon Neider and SCM Corp. w/cert of svc (tmq) |

JPML FORM 1A

5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/04/11 | | TRANSFER ORDER -- C-17 Aziz Dawood v. Continental Grain Co., et al., S.D. Texas, C.A. No. H-85-6113 (transferred to the N.D. Illinois) -- Notified involved counsel judges and clerks (rh) |
| 86/08/12 | 25 | MOTION/BRIEF -- Merrill Lynch, Pierce, Fenner & Smith, Inc., for transfer of C-20, I.C. Hemming, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., S.D. Texas, C.A. No. H-86-2280 -- w/cert. of svc. -- Notified involved counsel. (tmq) |
| 86/08/15 | | HEARING ORDER -- Setting motion of Merrill Lynch for transfer of C-20 Hemmings v. Merrill Lynch, S. Texas, C.A. No. H-86-2280, on September 25, 1986 in Pittsburgh, Pa., (paa) |
| 86/08/27 | 26 | RESPONSE, SCHEDULE, EXHIBITS A-C, (to pldg.#25) -- Conticommodity Services, Inc. -- w/cert. of svc. (tmq) |
| 86/08/27 | 27 | RESPONSE, MEMORANDUM (TO PLDG.#25), (W/EXHIBITS 1 thru 4 **WHICH ARE FILED UNDER SEAL IN MDL-644**) -- Plaintiffs I.C. Hemmings, et al. -- w/cert. of service. (tmq) |
| 86/09/08 | 28 | REQUEST FOR EXTENSION OF TIME -- Merrill Lynch, Pierce, Fenner & Smith, Inc. and Michel Vorst -- GRANTED to and including September 10, 1986 -- Notified involved counsel. (tmq) |
| 86/09/10 | 29 | REPLY, EXHBITS (to pldg. #25) --"Merrill Lynch" -- w/cert. of svc. (tmq) |
| 86/09/25 | | APPEARANCES FOR HEARING -- Pittsburgh, Pennsylvania on September 25, 1986 -- Kenneth E. Johns, Jr., Esq. for Merrill Lynch, Pierce, Fenner & Smith, Inc., & Michael Vorst; Carla Powers Dykes, Esq. for I.C. Hemmings, C.P. Brown, B & H Investment Services, Ltd. & H & B Investment Services, Ltd.; Geraldine M. Alexis, Esq. For ContiCommodity Services, Inc. & Continental Grain Company. (paa) |
| 86/09/25 | | WAIVERS FOR ORAL ARGUMENT ON 9/25/86 -- Pittsburgh, Pennsylvania -- David A. Kocian, Esq. for Aziz Dawood, et al.; Richard A. Wohlleber, Esq. for Harvey Herberman, et al.; Adrian C. Scott, Esq. for Barry Ross, et al. (paa) |
| 86/10/24 | | TRANSFER ORDER -- transferring C-20 I.C. Hemmings, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al., S.D.Texas, C.A. No. H-86-2280 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/12/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY --C-22 Richard L. Sanborn, et al. v. ContiCommodity Services, Inc., et al., S.D. Texas, C.A. No. 86-4208. Notified involved counsel and judges. (tmq) |
| 86/12/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-22) Richard L. Sanborn, et al. v. ContiCommodity Services, Inc., et al., S.D. Texas, C.A. No. 86-4208 -- Notified involved judges and clerks (cds) |
| 87/01/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-23 I.C. Hemmings, et al. v. Michael Fribourg, et al., S.D. Texas, C.A. No. H-86-4361 -- Notified involved counsel and judges (rh) |
| 87/01/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-23 I.C. Hemmings, et al. v. Michael Fribourg, et al., S.D. Texas, C.A. No. H-86-4351 -- NOTIFIED INVOLVED JUDGES & CLERKS. (paa) |
| 87/02/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-24) Floyd Bender, et al. v. Michel Fribourg, et al., S.D. Texas, C.A. No. H-87-195 -- Notified involved judges and counsel (cds) |
| 87/02/18 | 30 | NOTICE OF OPPOSITION -- Defts. United States of America re: C-24 -- Notified involved counsel and judges. (tmq) |
| 87/02/18 | 31 | NOTICE OF OPPOSTION -- Defts. Conti and Continential Grain Co., re: C-24 -- Notified involved counsel and judges. (tmq) |
| 87/03/03 | | APPEARANCE: CHARLES C. HILEMAN, ESQ. for Carrolle McEntee & McGinley, Inc. (cds) |
| 87/03/04 | 32 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- C-24 Floyd Bender, et al. v. Michel Fribourg, et al., S.D. Texas, #H-87-195 -- deft. United States of America -- w/Brief and cert. of service (cds) |
| 87/03/05 | 33 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- C-24 Floyd Bender, et al. v. Michel Fribourg, et al., S.D. Texas, #H-87-195 -- deft. ContiCommodity Services, Inc. and Continental Grain Co. -- w/Brief, Exhibit and cert. of service (cds) |
| 87/03/17 | | APPEARANCE: DAVID PRITIKIN, ESQ. for Michel Fribourg, etc. (cds) |
| 87/03/20 | 34 | RESPONSE, BRIEF (to pldgs. #32 and #33) -- Pltf. Floyd Bender, et al. -- w/Exhibits A and B and cert. of service (cds) |
| 87/03/25 | 35 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF -- movants ContiCommodity Services, Inc. and Consolidated Grain Co. -- GRANTED TO MOVANTS TO AND INCLUDING APRIL 6, 1987 (cds) |

644      In re ContiCommodity Services, Inc. Securities Litigation

| | | |
|---|---|---|
| 87/03/26 | 36 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF -- movants United States of America -- GRANTED TO MOVANTS TO AND INCLUDING APRIL 6, 1987 (CDS) |
| 87/04/06 | 37 | REPLY BRIEF -- United States of America -- w/cert. of svc. (rh) |
| 87/04/06 | 38 | MEMORANDUM -- ContiCommodity Services, Inc. and Continental Grain Co. -- w/cert. of svc. (rh) |
| 87/04/20 | | HEARING ORDER -- Setting Oppositions ContiCommodity Services, Inc., Continental Grain Co., and U.S.A. to transfer C-24 Floyd Bender -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |
| 87/05/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-25 I. C. Hemmings, et al. v. David J. Ragan, S.D. Texas, C.A. No. H-87-1333 -- Notified invovled counsel and judges (rh) |
| 87/05/21 | | HEARING APPEARANCES: (hearing of 5/21/87) CYNTHIA E. CHILDRESS, ESQ. for United States of America; CONSTANTINE L. TRELA, ESQ. for ContiCommodity Services, Inc. and Continental Grain; CARLA POWERS DYKES, ESQ. OR ROBERT I. WHITE, ESQ. for Floyd, et al. (rh) |
| 87/05/21 | | WAIVERS OF ORAL ARGUMENT: (hearing of 5/21/87) Carroll, McEntee & McGinley, Inc.; Mernill Lynch Pierce Fenner & Smith, Inc. and Michael J. Vorst |
| 87/05/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-25 I.C. Hemmings, et al. v. David J. Ragan, S.D. Texas, C.A. No. H-87-1333 -- Notified involved judges and clerks (cds) |
| 87/06/03 | | TRANSFER ORDER -- C-24 Floyd Bender, et al. v. Michael Fribourg, et al., S.D. Texas, C.A. No. H-87-195 (transferred to N.D. Illinois) -- Notified involved judges, clerks and counsel (rh) |

JPML FORM 1A

p. 8.

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-26 Robert N. Landauer, et al. v. United States of America, S.D. Texas, C.A. No. H-87-1038 and D-27 Claude P. Brown, et al. v. United States of America, S.D. Florida, C.A. No. 87-8164-CIV-ZLOCH -- Notified involved counsel and judges (rh) |
| 87/06/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-28 Isaac C. Hemmings, et al. v. United States of America, S.D. Florida, C.A. No. 87-8223-CIV-GONZALEZ -- Notified involved counsel and judges (rh) |
| 87/07/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (D-26) Robert N. Landauer, et al. v. U.S.A., S.D. Texas, C.A. No. H-87-1038; and (D-27) Claude P. Brown, et al. v. U.S.A., S.D. Florida, C.A. No. 87-8164-CIV-ZLOCH -- Notified involved judges and clerks (cds) |
| 87/07/02 | 39 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- deft. United States of America, re (D-28) Isaac C. Hemmings, et al. v. U.S.A., S.D. Florida, C.A. No. 87-8223 CIV-Gonzalez -- Notified involved judges and counsel (cds) |
| 87/07/10 | 40 | UNTIMELY NOTICE OF OPPOSITION (re: D-26 Landauer; and D-27 Brown) -- submitted by deft. United States of America -- LETTER SENT OUT AND PAPERS RETURNED (cds) |
| 87/07/20 | 41 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (D-28) Isaac C. Hemmings, et al. v. U.S.A., S.D. Florida, C.A. No. 87-8223-CIV-Gonzalez -- w/cert. of service (cds) |
| 87/07/30 | | HEARING ORDER -- Setting opposition of defendant U.S.A. (D-28) Isaac C. Hemmings, et al. v. United States of America, S.D. Florida, C.A. No. 87-8223-CIV-GONZALEZ for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges. rew |
| 87/08/03 | 42 | RESPONSE/BRIEF -- (to pldg. #41) Filed by pltf. Isaac C. Hemmings, et al. -- w/cert. of svc. (rh) |
| 87/09/16 | | ALL WAIVED ORAL ARGUMENT (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/09/28 | | TRANSFER ORDER -- D-28 Isaac C. Hemmings, et al. v. United States of America, S.D. Florida, C.A. No. 87-8223-CIV-GONZALEZ (transferred to N.D. Illinois) -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL  (rh) |
| 90/10/22 | 43 | SUGGESTION OF REMAND (6 actions) -- signed by Judge William T. Hart -- dated September 27, 1990  (cds) |
| 90/10/22 | | CONDITIONAL REMAND ORDERS FILED TODAY (6 ACTIONS) -- (C-22) Richard L. Sanborn, et al. v. ContiCommodity Services, Inc., et al., N.D. Illinois, C.A. No. 87-C-563 (S.D. Texas, C.A. No. H-86-4208); (A-3) John Domercq, Jr., et al. v. ContiCommodity Services, Inc., et al., N.D. Illinois, C.A. No. 85-C-8734 (S.D. Texas, C.A. No. H-85-244); (C-23) I.C. Hemmings, et al. v. Michael Fribourg, et al., N.D. Illinois, C.A. No. 87-C-2258 (S.D. Texas, C.A. No. H-86-4361); (C-24) Floyd Bender, et al. v. Michael Fribourg, et al., N.D. Illinois, C.A. No. 87-C-5599 (S.D. Texas, C.A. No. H-87-195); (C-25) I.C. Hemmings, et al. v. David J. Ragan, N.D. Illinois, C.A. No. 88-10306 (S.D. Texas, C.A. No. H-87-1333); (A-2) ContiCommodity Services, Inc., et al. v. David J. Ragan, et al., N.D. Illinois, C.A. No. 85-C-8469 (S.D. Texas, C.A. No. H-84-4652) -- NOTIFIED INVOLVED JUDGE AND COUNSEL (cdm) |
| 90/11/07 | | CONDITIONAL REMAND ORDERS **FINAL** TODAY (6 ACTIONS) -- (C-22) Richard L. Sanborn, et al. v. ContiCommodity Services, Inc., et al., N.D. Illinois, C.A. No. 87-C-563 (S.D. Texas, C.A. No. H-86-4208); (A-3) John Domercq, Jr., et al. v. ContiCommodity Services, Inc., et al., N.D. Illinois, C.A. No. 85-C-8734 (S.D. Texas, C.A. No. H-85-244); (C-23) I.C. Hemmings, et al. v. Michael Fribourg, et al., N.D. Illinois, C.A. No. 87-C-2258 (S.D. Texas, C.A. No. H-86-4361); (C-24) Floyd Bender, et al. v. Michael Fribourg, et al., N.D. Illinois, C.A. No. 87-C-5599 (S.D. Texas, C.A. No. H-87-195); (C-25) I.C. Hemmings, et al. v. David J. Ragan, N.D. Illinois, C.A. No. 88-10306  (S.D. Texas, C.A. No. H-87-1333); (A-2) ContiCommodity Services, Inc., et al. v. David J. Ragan, et al., N.D. Illinois, C.A. No. 85-C-8469 (S.D. Texas, C.A. No. H-84-4652) -- NOTIFIED INVOLVED CLERKS AND JUDGES (sg) |
| 12/12/96 | | Sent letter to Carla Powers Dykes, Esq. on shredding Their pldgs. #27 |
| 12/26/96 | | Shredded pldg. #27-Response, Memorandum exhibits 1-4) vmc |

JPML Form 1

Revised: 8/78

DOCKET NO. 644 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re ContiCommodity Services, Inc. Securities ~~and Contract~~ Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 11, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 30, 1985 | TO | Unpublished | N.D. Illinois  752 | William T. Hart | |

### Special Transferee Information

DATE CLOSED: 11-7-90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities ~~_____~~ Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | ContiCommodity Services, Inc., et al. v. David J. Ragan, et al. | S.D.Tex. Black | H-84-4652 | 7/30/85 | 85C8469 | ~~____~~ | |
| A-2 | ContiCommodity Services, Inc. v. David J. Ragan | E.D.Ky. Reed | 84-427 | DO NOT COUNT | | | DENIED 7/30/85 |
| A-3 | John Domercq, Jr., et al. v. ContiCommodity Services, Inc., et al. | S.D.Tex. Sterling | H-85-244 | 7/30/85 | 85C8739 | | |
| A-4 | Stuart Wechsler v. ContiCommodity Services, Inc. | S.D.N.Y. Goettel | 84-CIV-4947 | DO NOT COUNT | | | DENIED 7/30/85 |
| A-5 | John DeBlois, et al. v. ContiCommodity Services, Inc., et al. | N.D.Ill. Hart | 84-C-7741 | | 1 | 7/30/86 D | |
| A-6 | Sara Jackson Hertwig, et al. v. ContiCommodity Services, Inc., et al. | N.D.Ga. Evans | C-84-2343A | DO NOT COUNT | | | DISM. -37 |
| A-7 | Markvest, Inc. v. ContiCommodity Services, Inc., et al. | S.D.N.Y. ~~N.D.Ga. Evans~~ Goettel | 85Civ1122 ~~C-84-1719A~~ | DO NOT COUNT | 7/3/85 | | prior to decision |
| A-8 | Robert F. Lilly v. ContiCommodity Services, Inc. | D.Mass. Mazzone | 84-3515-~~MA~~ | DO NOT COUNT 7/3/85 | | 7/30/85 D | prior to trans. |
| A-9 | Conticommodity Services, Inc. v. I.C. Hemmings, et al. | N.D.Ill. Leighton | 85-4314 | | 85C4314 | 7/30/90 D | |
| A-10 | Conticommodity Services, Inc. v. Sheldon Neider, et al. | N.D.Ill. McGarr | 85-5381 | | 85C5381 | 4/13/89 D | |
| B-11 | Manuel J.J. Goldaracena, et al. v. Conticommodity Services, Inc. 9/13/85 | S.D.N.Y. Goettel | 85-CIV-2968 | 10/1/85 | 85C9046 | 7/30/86 D | |

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | Delia Castex Ocampo, et al. v. ContiCommodity Services, Inc. 9/3/85 | S.D.N.Y. Leisure | 85-CIV-5478 | 10/1/85 | 85C9042 | 7/31/86 D | |
| B-13 | Daniel Horacio Merlo, et al. v. ContiCommodity Services, Inc. 9/3/85 | S.D.N.Y. Leisure | 85-CIV-5479 | 10/1/85 | 85C9040 | 7/31/86 D | |
| B-14 | Julio F. Zorraquin, et al. v. ContiCommodity Services, Inc. 9/3/85 | S.D.N.Y. Leisure | 85-CIV-5480 | 10/1/85 | 85C9043 | 7/31/86 D | |
| B-15 | Norman B. Coates, et al. v. ContiCommodity Services, Inc. 9/3/85 | S.D.N.Y. Leisure | 85-CIV-5481 | 10/1/85 | 85C9041 | 7/31/86 D | |
| C-16 | Larry Craig, et al. v. ContiCommodity Inc. | N.D.Tex. Mahon | CA-4-85-314-E | NOT COURT | | Denied 11/7/85 | |
| C-17 | Aziz Dawood v. Continental Grain Co., et al. 12-5-85 Closed 12-23-85 | S.D.Tex. DeAnda | H-85-6113 | 4-11-86 | | 9/12/86 D reg. 6/12/90 D | |
| XYZ-18 | Conticommodity Services, Inc. v. Owen N. Frakes, et al. | N.D.Ill | 85C8562 | | | | |
| XYZ-19 | Conticommodity Services, Inc. v. Sheldon Neider, et al. | N.D.Ill | 85 C5381 | | DUP A-10 | | |
| XYZ-20(a) | ContiCommodity Services, Inc. v. Harvey Herberman, et al. | N.D.Ill | 85C5356 | | | Closed | |

July 1986 - 8 TR; 6 XYZ; 14 Ptg. includes XYZ-20

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-20 | I.C. Hemmings, et al. v. Merrill Lynch Pierce, Fenner & Smith, Inc., et al. | S.D.Tex Sterling | H-86-2280 | 10/24/86 | 86C8975 | 9/20/90 | |
| XYZ-21 | Stephen R. Hoogheem, etc. v. First Commodity Corp., et al. | N.D.Ill | 86C6433/3 | | | | |
| C-22 | Richard L. Sanborn, et al. v. ContiCommodity Services, Inc., et al. 12/2/86 | S.D. Tex Bue, Jr. | 86-4208 | 12/18/86 | 87C563 | | |
| C-23 | I.C. Hemmings, et al. v. Michael Fribourg, et al. 1-13-87 | S.D.Tex. DeAnda | H-86-4361 | 1-29-87 | 87C2258 | 11/7/90 | to Con 6/2 no dec. 91 # because case closed when recd |
| C-24 | Floyd Bender, et al. v. Michael Fribourg, et al. 2/3/87 opposed | S.D.Texas Singleton | H-87-195 | 6-3-87 | 8705599 | | |
| C-25 | I.C. Hemmings, et al. v. David J. Ragan 5-11-87 | S.D. Tex. Sterling | H-87-1333 | | 88-10306 | | |

July 1987 - 5 TR/1 xx 2/8 Dis/12 Pending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-26 | Robert N. Landauer, et al. v. United States of America 6-16-87 | S.D.Tex. Hughes | H-87-1038 | 7/2/87 | 87C6595 | 2/90 closed | |
| D-27 | Claude P. Brown, et al. v. United States of America 6-16-87 | S.D.Fla. Zloch | 87-8164-CIV-ZLOCH | 7/2/87 | 87C7131 | 1/90 closed | |
| D-28 | Isaac C. Hemmings, et al. v. United States of America 6-22-87 opposed 7/2/87 | S.D.Fla. Gonzalez | 87-8223-CIV-GONZALEZ | 9-28-87 | 87C9210 | closed | |

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-29 | ContiCommodity Svc., Inc. v. Prescott, Ball & Turben, Inc., et al. | N.D.Ill | 86C0599 | | | ~~[redacted]~~ | D.S |
| XYZ-30 | ContiCommodity Services, Inc. v. Reliance Insurance Co. | N.D.Ill | 86C4404 | | | 6/12/90 | |
| XYZ-31 | Phillip Abraira, etc., et al. v. ContiCommodity Services, Inc., et al. v. Sheldon M. Neider, et al. | N.D.Ill | 86C2100 | | | 2/90 D | |

*[Handwritten notes:]*
July 1988 - 3 TR/3 XYZ/2 Dis/16 Pending
July 1989 - 1 Dis/15 Pending
July 1990 - Same
July 1991 - [illegible]

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

---

**CONTICOMMIDITY SERVICES, INC., ET AL.**
**CONTINENTAL GRAIN CO.**
David T. Pritkin, Esquire
Sidley & Austin
One First National Plaza
Chicago, IL   60603


**SCM CORPORATION, JOE O. RAGAN**
**SHELDON NIDER, OWEN N. FRAKES**
Neal L. Wolf, Esquire
Winston & Strawn
One First National Plaza, Suite 500
Chicago, IL 60603

**HARVEY HERBERMAN**
**HARVEY HERBERMAN CORP.**
James M. Breen, Esquire
Chapman & Cutler
111 West Monroe Street, 16th Floor
Chicago, Il   60603


**I.C. HEMMINGS, ET AL (C-23)**
**FLOYD BENDER, ET AL. (C-24)**
**RICHARD L. SANBORN, ET AL. (C-22)**
**JOHN DOMERCQ, JR. (A-3)**
Carla Powers Dykes, Esquire
Chamberlain, Hrdlicka, White, Johnson & Williams
1400 Citicorp Center
1200 Smith Street
Houston, TX    77002

---

**MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MICHAEL VORST (Deftrs C-20)**
Kenneth E. Johns, Jr., Esquire
Vinson & Elkins
2020 LTV Center
2001 Ross Avenue
Dallas, Texas 75201-2916

**UNITED STATES OF AMERICA**
Cynthia E. Childress, Esquire
U.S. Department of Justice
Tax Division
5B31 Federal Office Building
1100 Commerce Street
Dallas, Texas 75242

**PRESCOTT, BALL & TURBEN (Deft. in C-23)**
Stanley a. Walton, Esquire
Harold C. Wheeler, Esquire
Winston & Strawn
5000 One First National Plaza
Chicago, Illinois 60603


**MICHAEL FRIBOURG**
**HENDRIK J. LAVERGE**
**WALTER M. GOLDSCHMIDT**
**PETER E. MARSHALL**
**ROBERT F. B. LOGAN**
**HERBERT F. EVERS**
**ROBERT D. STAIN**
David T. Pritikin, Esq.
(SAME AS CONTICOMMODITY SERVICES, INC.)


UNABLE TO DETERMINE ADDRESS FOR:
  First Boston Corp.
  Arthur Andersen & Co.

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

CARROLL McENTEE & McGINLEY, INC.
Charles C. Hileman, Esq.
Schnader, Harrison, Segal & Lewis
Suite 3600
1600 Market Street
Philadelphia, PA  19103


I. C. HEMMINGS, ET AL. (C-25)
Carla Powers Dykes, Esq.
(Same As C-20)

DAVID J. RAGAN
William Pueting, Esq.
Alan S. Gilbert, Esq.
Sommenschein, Carlin, Nath
   & Rosenthal
8000 Sears Tower
Chicago, IL  60606

ROBERT N. LANDAUER, ET AL. (D-26)
CLAUDE P. BROWN, ET AL. (D-27)
Lawrence Sherlock, Esq.
Chamberlain, Hrdlicka, White,   (ADDRESS SAME AS
   Johnson & Williams             C-23)
1400 Citicorp Center
1200 Smith Street, 14th Floor
Houston, Texas 77002

ISAAC C. HEMMINGS, ET AL. (D-28)
Lawrence Sherlock, Esq.
(SAME AS D-26)


UNITED STATES OF AMERICA (Deft. in D-28)
James E. Carroll, Esq.
Trial Attorney, Tax Division
Office of Special Litigation
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 644 -- In re ContiCommodity Services, Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| David J. Ragan | A-1  A-2  A-5, C-19, C-25 |
| Houston Arbitrage, Inc. | A-1 |
| Joe O. Ragan | A-1 |
| ContiCommodity Services, Inc. | A-3  A-4  A-5  A-6  A-7  A-8, B-11, B-12, B-13, B-14, B-15, C-19, C-22, C-24 |
| Continental Grain Co. | A-3  A-5  A-6  A-7, C-19, C-22  C-24 |
| Steve Davis | C-19 |
| Donald A. Haese | C-19 |
| Merrill Lynch, Pierce, Fenner & Smith Inc. | C-20, |
| Michael Vorst | C-20, |
| Michael Fribourg | C-23  C-24 |
| Hendrik J. Laverge | C-23  C-24 |

p. 2

| | |
|---|---|
| Walter M. Goldschmidt | C-23 C-24 |
| Peter E. Marshall | C-23 C-24 |
| Robert F. B. Logan | C-23 C-24 |
| Herbert F. Evers | C-23 C-24 |
| Robert D. Stain | C-23 C-24 |
| Prescott Ball & Turben, Inc. | C-23 C-24 |
| First Boston Corp. | C-23 C-24 |
| Carroll McEntee & McGinley, Inc. | C-23 C-24 |
| Arthur Andersen & Co. | C-23 C-24 |
| United States of America | C-24, D-26, D-27, D-28 |
| | |